FILED
CLERK, U.S. DISTRICT COURT

AUG 3 1 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 11CR00218-JFW |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Julio Cesar Izaguirre | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (X)  information in the Pretrial Services Report and Recommendation

  (X)  information in the violation petition and report(s)

  (X)  the defendant's nonobjection to detention at this time

  ( )  other: _____

1            and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the
4            safety of any other person or the community if released under 18 U.S.C.
5            § 3142(b) or (c). This finding is based on the following:
6            (X)    information in the Pretrial Services Report and Recommendation
7            (X)    information in the violation petition and report(s)
8            (X)    the defendant's nonobjection to detention at this time
9            ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: August 31, 2015           _____
15                                                             SHERI PYM
                                                             United States Magistrate Judge